IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al., | ) | |
| | ) | No. 10 C 2360 |
| Plaintiffs, | ) | |
| | ) | Judge Amy J. St. Eve |
| v. | ) | |
| | ) | Magistrate Judge Nan R. Nolan |
| U.S. PLUMBING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFFS' MOTION FOR JUDGMENT

Plaintiffs, Plumbers' Pension Fund, Local 130, U.A., and Plumbers' Welfare Fund, Local 130, U.A. (collectively, "Funds"), by their attorneys, John W. Loseman, Douglas A. Lindsay, and Brian T. Bedinghaus, with LEWIS, OVERBECK & FURMAN, LLP of counsel, move the Court to enter Judgment in favor of Funds and against Defendant, U.S. Plumbing, Inc. ("USP"). In support hereof, Funds state:

1. Funds are multi-employer employee benefit funds.

2. Funds filed this action to enforce a labor arbitration award that the Joint Arbitration Board issued in favor of Funds and against USP under a collective bargaining agreement, pursuant to LMRA, 29 U.S.C. §185, and to recover the amount set forth in the Award along with Funds' reasonable attorneys' fees and costs. *Complaint, Docket No. 1*.

3. USP was served with process on April 22, 2010. *Return of Service, Docket No. 7*. For the Court's convenience, a true and correct copy of the Return of Service is attached as Exhibit A.

4. Pursuant to F.R.Civ.P. 12(a)(1), USP was required to answer the Complaint by May 13, 2010.

5. As of the date of filing of this Motion, USP has not answered or otherwise responded to the Complaint.

6. USP is in default.

7. USP owes the following:

| | |
|---|---:|
| JAB Decision and Award attached as Exhibit B to Complaint, per Collective Bargaining Agreement and LMRA, 29 U.S.C. §185. For Court's convenience, a copy of Award is attached hereto as Exhibit B. | $70,000.00 |
| Attorneys' fees and costs as set forth in Affidavit of John W. Loseman attached hereto as Exhibit C, per Decision and Award and 29 U.S.C. §185 | <u>4,329.60</u> |
| Total: | $74,329.60 |

WHEREFORE, Plaintiffs, Plumbers' Pension Fund, Local 130, U.A. and Plumbers' Welfare Fund, Local 130, U.A., request that the Court enter judgment in favor of Plaintiffs and against Defendant, U.S. Plumbing, Inc., in the amount of $74,329.60, and award in favor of Plaintiffs and against Defendant such other and further relief as the Court deems appropriate.

Plumbers' Pension Fund, Local 130, U.A., et al.,
by their attorneys, John W. Loseman, Douglas
A. Lindsay, and Brian T. Bedinghaus


By: /s/ John W. Loseman
    John W. Loseman
    20 N. Clark Street, Suite 3200
    Chicago, IL 60602-5093
    312.580.1258

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312.580.1200

## CERTIFICATE OF SERVICE

      John W. Loseman, an attorney, certifies that service of the foregoing Plaintiffs' Motion for Judgment was effected on the following person(s):

Mark N. Senak
Senak, Smith & Michaud Ltd.
200 W. Adams Street
Suite 1015
Chicago, IL 60606
(msenak@senaklaw.com)

through the CM/ECF system of the United States District Court for the Northern District of Illinois as a result of electronic filing made this 14th day of May, 2010.

                                                    /s/ John W. Loseman